# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHRISTY LUCARELLI, )<br>formerly CHRISTY DREYER, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>ADMIN RECOVERY LLC and )<br>PALMAR ASSOCIATES, INC., )<br>a/k/a TALMAR ASSOCIATES, INC. )<br>  )<br>Defendants. ) | 13-cv-2010<br><br>Judge Joan B. Gottschall<br>Magistrate Mary M. Rowland |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), plaintiff Christy Lucarelli and defendant Admin Recovery, LLC (collectively the "parties") hereby stipulate and agree to the dismissal of plaintiff's claims against defendant Admin Recovery, LLC with prejudice and without costs. This stipulation of dismissal disposes of the entire action.[1]

                                                Respectfully submitted,

| | |
|---|---|
| s/Rebecca A. Cohen | s/Nicole M. Strickler |
| Rebecca A. Cohen | Nicole M. Strickler |
| *For plaintiff Christy Lucarelli* | *For defendant Admin Recovery, LLC* |
| | |
| Daniel A. Edelman (lead trial attorney) | Nicole M. Strickler |
| Cathleen M. Combs | Messer & Stipl, LTD |
| James O. Latturner | 166 W. Washington, Suite 300 |
| Rebecca A. Cohen | Chicago, IL 60602 |
| EDELMAN, COMBS, LATTURNER, | |
|     & GOODWIN, LLC | John P. Touhey |
| 120 S. LaSalle St., 18th Floor | Admin Recovery, LLC |
| Chicago, IL 60603 | 9159 Main Street |
| (312) 739-4200 | Clarence, NY 14031 |

---

[1] The claims of Plaintiff Christy Lucarelli against the other defendant, Palmar Associates, Inc. a/k/a/ Talmar Associates, Inc., were voluntarily dismissed on August 13, 2013.

## **CERTIFICATE OF SERVICE**

      I, Rebecca A. Cohen, hereby certify that on February 11, 2014, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notification of such filing via e-mail to the following parties:

John P. Touhey
jtouhey@adminrecovery.com

Nicole M. Strickler
strickler@messerstilp.com

                                                           s/Rebecca A. Cohen
                                                           Rebecca A. Cohen

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Rebecca A. Cohen
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)